UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
                                                §
Lopez, Jose                                     §    Case No. 13-04731 ERW
Lopez, Martha                                   §
                                                §
                                                §
                Debtor(s)                       §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/RONALD R. PETERSON_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-04731 | Judge: EUGENE R. WEDOFF |
|---|---|---|
| Case Name: | Lopez, Jose | |
| | Lopez, Martha | |
| For Period Ending: | 09/27/13 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 02/07/13 (f) |
| 341(a) Meeting Date: | 02/27/13 |
| Claims Bar Date: | 05/31/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 5137 Electric Ave, Hillside IL 60162 Single family | 170,000.00 | 0.00 | | 0.00 | 0.00 | 222,381.00 | 30,000.00 |
| 2. Checking account | 50.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 50.00 |
| 3. Furniture and appliances | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 4. Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 200.00 |
| 5. 2012 Federal Tax Refund | 3,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 3,000.00 |
| 6. 1999 GMAC Savannah | 700.00 | 0.00 | | 0.00 | 0.00 | 3,577.00 | 0.00 |
| 7. 2005 Toyota Tundra | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 8. 2006 Freightliner | 5,000.00 | 0.00 | | 3,000.00 | 0.00 | 0.00 | 5,000.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $180,250.00 | $0.00 | | $3,000.00 | $0.00 | $225,958.00 | $39,550.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating vehicle asset.

Initial Projected Date of Final Report (TFR): 03/31/14    Current Projected Date of Final Report (TFR): 03/31/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-04731 | Judge: EUGENE R. WEDOFF |
| Case Name: | Lopez, Jose | |
| | Lopez, Martha | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 02/07/13 (f) |
| 341(a) Meeting Date: | 02/27/13 |
| Claims Bar Date: | 05/31/13 |

_____  Date: _____

RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-04731 -ERW | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | Lopez, Jose | | Bank Name: | ASSOCIATED BANK |
| | Lopez, Martha | | Account Number / CD #: | *******8638 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5161 | | | |
| For Period Ending: | 09/27/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/13 | 8 | Martha & Hose Lopez<br>5137 Electric Avenue<br>Hillside, Il 60162-1001 | | 1129-000 | 1,500.00 | | 1,500.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,490.00 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,480.00 |
| 08/20/13 | 8 | Jose Lopez<br>5137 Electric Avenue<br>Hillside, Il 60162-1001 | | 1129-000 | 1,500.00 | | 2,980.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,970.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 3,000.00 | 30.00 | 2,970.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,000.00 | 30.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,000.00 | 30.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - ********8638 | 3,000.00 | 30.00 | 2,970.00 |
| | ---------------- | ---------------- | ---------------- |
| | 3,000.00 | 30.00 | 2,970.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    3,000.00    30.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.03

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 27, 2013 |
|---|---|---|---|---|---|---|

Case Number: 13-04731  
Debtor Name: Lopez, Jose

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | Unsecured | Filed 03/07/13 | $5,378.97 | $0.00 | $5,378.97 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Filed 03/20/13 | $2,069.03 | $0.00 | $2,069.03 |
| 000003<br>070<br>7100-00 | Jefferson Capital Systems LLC<br>Purchased From<br>ARROW FINANCIAL SERVICES LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | Unsecured | Filed 05/09/13 | $1,157.92 | $0.00 | $1,157.92 |
| 000004<br>070<br>7100-00 | Springleaf Financial Services of<br>Indiana,INC<br>Po Box 3251<br>Evansville IN 47731-3251 | Unsecured | Filed 05/14/13 | $2,357.67 | $0.00 | $2,357.67 |
| 000005<br>070<br>7100-00 | LVNV Funding, LLC its successors and<br>assigns as<br>assignee of NCOP Capital II, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | Filed 05/28/13 | $294.35 | $0.00 | $294.35 |
| 000006<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | Filed 05/28/13 | $1,031.66 | $0.00 | $1,031.66 |
| 000007<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | Filed 05/28/13 | $1,173.65 | $0.00 | $1,173.65 |
| | Case Totals: | | | $13,463.25 | $0.00 | $13,463.25 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-04731 ERW
Case Name: Lopez, Jose
             Lopez, Martha
Trustee Name: RONALD R. PETERSON

        Balance on hand                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | $ | $ | $ |
| 000002 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000003 | Jefferson Capital Systems LLC Purchased From ARROW FINANCIAL SERVICES LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | $ | $ | $ |
| 000004 | Springleaf Financial Services of Indiana,INC<br>Po Box 3251<br>Evansville IN 47731-3251 | $ | $ | $ |
| 000005 | LVNV Funding, LLC its successors and assigns as assignee of NCOP Capital II, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | PYOD, LLC its successors and assigns as assignee of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ | $ | $ |
| 000007 | PYOD, LLC its successors and assigns as assignee of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE