# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: § 
 § 
Lopez, Jose § Case No. 13-04731 ERW
Lopez, Martha § 
 § 
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/06/2013 in Courtroom 744,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/30/2013                By: UNITED STATES BANKRUPTCY
                                           COURT
                                                      Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Lopez, Jose | § | Case No. 13-04731 ERW |
| Lopez, Martha | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,000.00 |
| and approved disbursements of | $ | 30.00 |
| leaving a balance on hand of[1] | $ | 2,970.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 750.00 | $ 0.00 | $ 750.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 750.00 |
| Remaining Balance | $ | 2,220.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,463.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Honda Finance Corporation National Bankruptcy Center P.O. Box 168088 Irving, TX 75016-8088 866-716-6441 | $ 5,378.97 | $ 0.00 | $ 886.96 |
| 000002 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 2,069.03 | $ 0.00 | $ 341.17 |
| 000003 | Jefferson Capital Systems LLC Purchased From ARROW FINANCIAL SERVICES LLC PO BOX 7999 SAINT CLOUD MN 56302-9617 | $ 1,157.92 | $ 0.00 | $ 190.93 |
| 000004 | Springleaf Financial Services of Indiana,INC Po Box 3251 Evansville IN 47731-3251 | $ 2,357.67 | $ 0.00 | $ 388.76 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | LVNV Funding, LLC its successors and assigns as assignee of NCOP Capital II, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 294.35 | $ 0.00 | $ 48.54 |
| 000006 | PYOD, LLC its successors and assigns as assignee of B-Line, LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 1,031.66 | $ 0.00 | $ 170.11 |
| 000007 | PYOD, LLC its successors and assigns as assignee of B-Line, LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 1,173.65 | $ 0.00 | $ 193.53 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,220.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                              Case No. 13-04731-ERW
Jose Lopez                                                          Chapter 7
Martha Lopez
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-1           User: mgonzalez               Page 1 of 2                  Date Rcvd: Oct 01, 2013
                               Form ID: pdf006               Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2013.
db/jdb        +Jose Lopez,   Martha Lopez,    5137 Electric Ave,    Hillside, IL 60162-1001
20016253      +Artcraft Home Improvers,   C/O Betty A Wirth,    340 Quadrangle Dr Ste A,
                Bolingbrook, IL 60440-3670
20016254       Bur Collection Recovery,   PO Box 9001,   Minnetonka, MN 55345-9001
20016257      +CBE Group,   Attn: Customer Service,   PO Box 900,   Waterloo, IA 50704-0900
20016255      +Capital One Bank,   11013 W Broad Street,   Glen Allen, VA 23060-6017
20202222     +++Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
20016256       Capital One Bank USA N.A.,   C/O American Infosource Lp As Agent,    P O Box 71083,
                Charlotte, NC 28272-1083
20016258      +Chase Bank USA NA,   Creditors Bankruptcy Service,   P O Box 740933,   Dallas, TX 75374-0933
20016248      +Chicago Legal LLC,   3833 S Harlem Ave,   Berwyn, IL 60402-3925
20016259       CitiFinancial,   7467 New Ridge ROA,   Hanover, MD 21076
20016261       Credit Management Control, Inc.,   Bankruptcy Department,   PO Box 1654,
                Green Bay, WI 54305-1654
20016262       Diversified Consultants, Inc,   P.O. Box 571,   Fort Mill, SC 29716-0571
20016264      +H&F Law,   33 N LaSalle,   Chicago, IL 60602-2603
20016266      +Jefferson Capital Systems LLC,   P O Box 7999,   St Cloud, MN 56302-7999
20461074     +++Jefferson Capital Systems LLC Purchased From,   ARROW FINANCIAL SERVICES LLC,    PO BOX 7999,
                SAINT CLOUD MN 56302-7999
20016267      +Kluever & Platt, LLC.,   65 E Wacker Place Suite 2300,   Chicago, IL 60601-7244
20016246      +Lopez Jose,   5137 Electric Ave,   Hillside, IL 60162-1001
20016247      +Lopez Martha,   5137 Electric Ave,   Hillside, IL 60162-1001
20016272      +Monterey Collection,   4095 Avenida De La,   Oceanside, CA 92056-5802
20016273      +Pin Cred Ser,   HSBC Card Services,   PO Box 5617,   Hopkins, MN 55343-0493
20016275       SPS,   PO Box 65250,   Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20016250       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 02 2013 02:34:59     American Honda,
                National Bankruptcy Center,   P O Box 168088,   Irving, TX 60123
20138009       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 02 2013 02:34:59
                American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                Irving, TX 75016-8088,   866-716-6441
20016251       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 02 2013 02:54:50
                American Infosource LP As Agent For,   T Mobile T Mobile USA Inc,   P O Box 248848,
                Oklahoma City, OK 73124-8848
20016260      +E-mail/Text: heather.stabler@citizens1st.com Oct 02 2013 02:36:24     Citizens FNB Princeton,
                606 S Main,   Princeton, IL 61356-2070
20016263       E-mail/Text: bnc-quantum@quantum3group.com Oct 02 2013 02:38:59     GCIII LLC,
                Quantum 3 Group LLC,   P O Box 788,   Kirkland, WA 98083-0788
20016265      +E-mail/Text: bankruptcy@hraccounts.com Oct 02 2013 02:33:06     H&R Accounts,
                Bankruptcy Department,   PO Box 672,   Moline, IL 61266-0672
20016268       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 02 2013 02:33:10     Kohls,   N56 W1700 Ridge,
                Menomonee Fall, WI 53051
20016269      +E-mail/Text: resurgentbknotifications@resurgent.com Oct 02 2013 02:32:02     LVNV Funding LLC,
                P O Box 740281,   Houston, TX 77274-0281
20016270       E-mail/Text: resurgentbknotifications@resurgent.com Oct 02 2013 02:32:02     LVNV Funding LLC,
                Resurgent Capital Services,   P O Box 10587,   Greenville, SC 29603-0587
20530380       E-mail/Text: resurgentbknotifications@resurgent.com Oct 02 2013 02:32:02
                LVNV Funding, LLC its successors and assigns as,   assignee of NCOP Capital II, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
20016271      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 02 2013 02:33:55     Midland Credit,
                8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
20530381      +E-mail/Text: resurgentbknotifications@resurgent.com Oct 02 2013 02:32:02
                PYOD, LLC its successors and assigns as assignee,   of B-Line, LLC,   Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
20016274       E-mail/PDF: cbp@slfs.com Oct 02 2013 02:52:52     Springleaf Financial Service,
                20 N Clark Ste 2600,   Chicago, IL 60602
20480822       E-mail/PDF: cbp@slfs.com Oct 02 2013 02:54:35     Springleaf Financial Services of Indiana,INC,
                Po Box 3251,   Evansville IN 47731-3251
20016249       E-mail/PDF: cbp@slfs.com Oct 02 2013 02:50:14     American General Finance,   600 Royal Ave,
                Evansville, IN 47715
20016276      +E-mail/Text: bankruptcy@hraccounts.com Oct 02 2013 02:33:06     Von Maur,   C/O H & R Accounts,
                P O Box 672,   Moline, IL 61266-0672
                                                                                                TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2              Date Rcvd: Oct 01, 2013
                              Form ID: pdf006          Total Noticed: 37

20016252    ##+Arrow Financial,    8589 Aero Drive,    San Diego, CA 92123-1703
                                                                                        TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2013 at the address(es) listed below:
              Karen   Walin    on behalf of Debtor Jose  Lopez kwalin@chicagolegalllc.com,
               cdwalin@comcast.net;nvargas@gtprocessing.com;clifford7285@att.net;smarrero@chicagolegalllc.com
              Karen   Walin    on behalf of Joint Debtor Martha  Lopez kwalin@chicagolegalllc.com,
               cdwalin@comcast.net;nvargas@gtprocessing.com;clifford7285@att.net;smarrero@chicagolegalllc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald   Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
               lraiford@jenner.com
              Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                             TOTAL: 5
```