UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                        §
                                              §
Lopez, Jose                                   §    Case No. 13-04731 ERW
Lopez, Martha                                 §
                                              §
         Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

　　　　4)  This case was originally filed under chapter   on　　　　. The case was pending for　  months.

　　　　5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　　Dated: _____   By:/s/RONALD R. PETERSON_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citizens FNB Princeton 606 S Main Princeton, IL 61356 |  |  |  |  |  |
|  | SPS PO Box 65250 Salt Lake City, UT 84165-0250 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American General Finance 600 Royal Ave Evansville, IN 47715 |  |  |  |  |  |
|  | American Honda National Bankruptcy Center P O Box 168088 Irving, TX 60123 |  |  |  |  |  |
|  | Arrow Financial 8589 Aero Drive San Diego, CA 92123 |  |  |  |  |  |
|  | Artcraft Home Improvers C/O Betty A Wirth 340 Quadrangle Dr Ste A Bolingbrook, IL 60440 |  |  |  |  |  |
|  | Bur Collection Recovery PO Box 9001 Minnetonka, MN 55345-9001 |  |  |  |  |  |
|  | CBE Group Attn: Customer Service PO Box 900 Waterloo, IA 50704 |  |  |  |  |  |
|  | Capital One Bank 11013 W Broad Street Glen Allen, VA 23060 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiFinancial 7467 New Ridge ROA Hanover, MD  21076 | | | | | |
| | Credit Management Control, Inc. Bankruptcy Department PO Box 1654 Green Bay, WI 54305-1654 | | | | | |
| | Diversified Consultants, Inc P.O. Box 571 Fort Mill, SC 29716-0571 | | | | | |
| | H&F Law 33 N LaSalle Chicago, IL  60602 | | | | | |
| | H&R Accounts Bankruptcy Department PO Box 672 Moline, IL  61266 | | | | | |
| | Kohls N56 W1700 Ridge Menomonee Fall, WI  53051 | | | | | |
| | LVNV Funding LLC P O Box 740281 Houston, TX  77274 | | | | | |
| | LVNV Funding LLC P O Box 740281 Houston, TX  77274 | | | | | |
| | LVNV Funding LLC P O Box 740281 Houston, TX  77274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Credit 8875 Aero Dr Ste 200 San Diego, CA  92123 | | | | | |
| | Monterey Collection 4095 Avenida De La Oceanside, CA  92056 | | | | | |
| | Pin Cred Ser HSBC Card Services PO Box 5617 Hopkins, MN  55343 | | | | | |
| | Pin Cred Ser HSBC Card Services PO Box 5617 Hopkins, MN  55343 | | | | | |
| | Von Maur C/O H & R Accounts P O Box 672 Moline, IL  61265 | | | | | |
| 000001 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | JEFFERSON CAPITAL SYSTEMS LLC PURCH | | | | | |
| 000005 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | SPRINGLEAF FINANCIAL SERVICES OF IN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-04731 | Judge: EUGENE R. WEDOFF |
| Case Name: | Lopez, Jose | |
| | Lopez, Martha | |
| For Period Ending: | 12/11/13 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 02/07/13 (f) |
| 341(a) Meeting Date: | 02/27/13 |
| Claims Bar Date: | 05/31/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 5137 Electric Ave, Hillside IL 60162 Single family | 170,000.00 | 0.00 | | 0.00 | 0.00 | 222,381.00 | 30,000.00 |
| 2. Checking account | 50.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 50.00 |
| 3. Furniture and appliances | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 4. Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 200.00 |
| 5. 2012 Federal Tax Refund | 3,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 3,000.00 |
| 6. 1999 GMAC Savannah | 700.00 | 0.00 | | 0.00 | 0.00 | 3,577.00 | 0.00 |
| 7. 2005 Toyota Tundra | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 8. 2006 Freightliner | 5,000.00 | 0.00 | | 3,000.00 | 0.00 | 0.00 | 5,000.00 |
| TOTALS (Excluding Unknown Values) | $180,250.00 | $0.00 | | $3,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $225,958.00 | $39,550.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating vehicle asset.

Initial Projected Date of Final Report (TFR): 03/31/14     Current Projected Date of Final Report (TFR): 03/31/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-04731 | Judge: EUGENE R. WEDOFF |
| Case Name: | Lopez, Jose | |
| | Lopez, Martha | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 02/07/13 (f) |
| 341(a) Meeting Date: | 02/27/13 |
| Claims Bar Date: | 05/31/13 |

_____   Date: _____
RONALD R. PETERSON

FORM 2

Page: 1

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-04731 -ERW | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | Lopez, Jose | Bank Name: | ASSOCIATED BANK |
|  | Lopez, Martha | Account Number / CD #: | *******8638 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5161 |  |  |
| For Period Ending: | 12/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

(columns: Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($))

|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
|---|---|---|---|---|---|---|---|
| 05/21/13 | 8 | Martha & Hose Lopez<br>5137 Electric Avenue<br>Hillside, Il 60162-1001 |  | 1129-000 | 1,500.00 |  | 1,500.00 |
| 07/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 1,490.00 |
| 08/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 1,480.00 |
| 08/20/13 | 8 | Jose Lopez<br>5137 Electric Avenue<br>Hillside, Il 60162-1001 |  | 1129-000 | 1,500.00 |  | 2,980.00 |
| 09/09/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 2,970.00 |
| 11/07/13 | 030001 | Ronald R. Peterson<br>Jenner & Block<br>353 North Clark Street<br>Chicago, Il 606543456 | Professional Fees<br>Trustee Fees | 2100-000 |  | 750.00 | 2,220.00 |
| 11/07/13 | 030002 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | Final distribution | 7100-000 |  | 886.96 | 1,333.04 |
| 11/07/13 | 030003 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Distribution | 7100-000 |  | 341.17 | 991.87 |
| * 11/07/13 | 030004 | Jefferson Capital Systems LLC Purchased From<br>ARROW FINANCIAL SERVICES LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | Final distribution | 7100-003 |  | 190.63 | 801.24 |
| * 11/07/13 | 030004 | Jefferson Capital Systems LLC Purchased From<br>ARROW FINANCIAL SERVICES LLC<br>PO BOX 7999 | Final distribution<br>30 cent error | 7100-003 |  | -190.63 | 991.87 |

Page Subtotals    3,000.00    2,008.13

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-04731 -ERW | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | Lopez, Jose | | Bank Name: | ASSOCIATED BANK |
| | Lopez, Martha | | Account Number / CD #: | *******8638 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5161 | | | |
| For Period Ending: | 12/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/13 | 030005 | SAINT CLOUD MN 56302-9617<br>Jefferson Capital Systems LLC Purchased From<br>ARROW FINANCIAL SERVICES LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | Final distribution | 7100-000 | | 190.93 | 800.94 |
| 11/07/13 | 030006 | Springleaf Financial Services of Indiana,INC<br>Po Box 3251<br>Evansville IN 47731-3251 | Final distribution | 7100-000 | | 388.76 | 412.18 |
| 11/07/13 | 030007 | LVNV Funding, LLC its successors and assigns as assignee of NCOP Capital II, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final distribution | 7100-000 | | 48.54 | 363.64 |
| 11/07/13 | 030008 | PYOD, LLC its successors and assigns as assignee of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final distribution | 7100-000 | | 170.11 | 193.53 |
| 11/07/13 | 030009 | PYOD, LLC its successors and assigns as assignee of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final distribution | 7100-000 | | 193.53 | 0.00 |

Page Subtotals  0.00  991.87

Ver: 17.04b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-04731 -ERW |
| Case Name: | Lopez, Jose |
| | Lopez, Martha |
| Taxpayer ID No: | *******5161 |
| For Period Ending: | 12/11/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8638  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,000.00 | 3,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,000.00 | 3,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,000.00 | 3,000.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8638 | 3,000.00 | 3,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 3,000.00 | 3,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 17.04b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*